IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARDA L. MULLINS                                                                                    PLAINTIFF

v.                                    Case No. 1:24-cv-1065

GEAN SEIGER; JERRY MANESS;
LEROY MARTIN; and MICKI STERNISHA                                                 DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 2) be dismissed without prejudice for failing to prosecute this matter and for failing to obey Orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 14) in toto. Accordingly, Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge